FILED
CLERK, U.S. DISTRICT COURT

11/10/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:20-cr-00565-JAK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2261A(2)(A)-(B), 2261(b)(5): Stalking; 18 U.S.C. § 1705: Destruction of a Mail Receptacle; 18 U.S.C. § 1708: Possession of Stolen Mail] |
| DUANE DAVID TROW, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(A)-(B), 2261(b)(5)]

1.  Beginning in or about October 2017 and continuing to in or about May 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant DUANE DAVID TROW ("TROW"), with the intent to harass and intimidate Victim 1, who was employed by "Radio Station 1" and was the host of a Radio Station 1 program, "RS Program 1," used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, cellular telephone networks, interstate wires, and

1 the Internet, to engage in a course of conduct, described in
2 paragraph 2 below, that placed Victim 1 in reasonable fear of death
3 and serious bodily injury, and caused, attempted to cause, and would
4 reasonably be expected to cause substantial emotional distress to
5 Victim 1.
6     2.   Defendant TROW's course of conduct included, among other
7 things, the following:
8         a.   On or about October 31, 2017, defendant TROW sent to
9 RS Program 1 and multiple other Radio Station 1 email accounts an
10 email with the subject line "WHITE MEN, WHITE MEN, WHITE MEN!" that
11 included the following in the body of the message:

> ARE SMARTER, MORE TALENTED, BETTER LEADERS, SAVVIER, BETTER UNDER PRESSURE, MORE TECHNICAL, MORE WILDLY CREATIVE, and WORK HARDER (GENERALLY BY FAR, GENERALLY!) THAN CUNTS LIKE THE LEFTIST FOOL HOST AND FEM NAZI GUEST ON "[RS Program 1]" today. WHITE MEN INVENTED CINEMA. WHITE MEN CREATED THE HUGE INDUSTRY AROUND IT THAT ENCOMPASSES ALL MEDIA TODAY. WHITE MEN ARE THE INNOVATORS IN LARGE PART WHO KEEP IT GOING. Not the seven out of 70 some directors on that list, because of the FACT less women are qualified to direct much less even want to! Not the unqualified luddite socialist hypocrite host of "[RS Program 1]" [Victim 1] who is incapable of creating any of the above such, and why SHE is a reporter sucking off the industry like the parasites and barnacles that have similar jobs in the animal world. WHINE ALL YOU WANT COLORED (whatever the fuck it is), FAGGOT, CUNT WHORES. You cannot change the "White Men" facts of history.

21         b.   On or about November 22, 2017, defendant TROW sent an
22 email to Victim 1 that included the following in the body of the
23 message:

> It's bad enough you spread your dumb, luddite, ill will, negativity, leftism, arch feminist, bullshit on the radio waves, but to have your ugly haggard old face for print journalism on TV is just too much.
>
> If your ugly mug continues to sicken the television air waves in these worthless phony insider sound bites, these outlets are going to face one FUCK of a backlash and your no-name that stands for no talent LEACH with no capacity to

2

>achieve the brilliance of such men as the latest you are giddy to watch and help fall (Not to defend them but its' clear this all makes a sick cunt like you happy which is disgusting!) may just get dragged down your deserved karma SHIT trail . . . .
>
>Stupid whore

  c. On or about November 24, 2017, defendant TROW sent an email to Victim 1 that included the following in the body of the message: "It's bad enough that you spread your dumb, luddite, ill will, negativity, leftism, arch feminist bullshit on the radio waves; but to have your ugly haggard old face for print journalism on TV is just too much."

  d. On or about November 27, 2017, defendant TROW sent an email to Victim 1 that included the following in the body of the message: "Here's another. You are a miserable talentless leftist whore and your position is gossip columnist. Or much more straight to the point – A LEECH. Don't pretend it's anything more."

  e. On or about January 10, 2018, defendant TROW sent an email to Victim 1 with the subject line "NOT YOUR HAGGARD OLD FACE FOR RADIO AGAIN ON [Media Company 1]!" that included the following in the body of the message: "Gender Gap Whores."

  f. On or about May 7, 2018, defendant TROW sent to Victim 1 and other Radio Station 1 email accounts an email that included the following in the body of the message:

>WELL WE ARE GOING TO GET THE DUMB WORTHLESS CUNT OFF THE AIR. HER SICKLY LEFTIST PREACHING OF SILLY HYSTERIA AND HER UTTER LACK OF KNOWLEDGE IN AN INDUSTRY BASED ENTIRELY ON TECH DISQUALIFIES HAGGARD OLD FACE FOR RADIO CUNT TO CONTINUE THERE. Not to mention her awful underlying desire for failure in Hollywood. GET LOST HAGGARD OLD UGLY CUNT.

   g. On or about September 11, 2018, defendant TROW sent an email to Victim 1 with the subject line "YOUR HAGGARD HIDEOUS FACE IS UNSUITABLE FOR TELEVISION!"

   h. On or about December 9, 2019, defendant TROW sent an email to Victim 1 with the subject line "LIAR" that included the following in the body of the message: "You know what too black means leftist pc phony lying dumb talentless parasite."

   i. On or about January 13, 2020, defendant TROW sent to Victim 1 and other Radio Station 1 email accounts an email with the subject line "HOW DARE YOU BROADCAST 'G—DAMN' FROM YOUR DUMB N BITCH GUEST YOU DUMB SICK HEATHEN PARASITE DIRTY OLD UGLY HAGGARD CUNT WHORE!" that included the following in the body of the message: "BETTER RETHINK THAT BITCHES."

   j. On or about March 9, 2020, defendant TROW sent to Victim 1 and other Radio Station 1 email accounts an email with the subject line "STOP the little cutesy baby talk asides with whore mouth SPITTLE into the mic!" that included the following in the body of the message: "UGLY HAGGARD SMUTTY STUPID LEFTIST ARROGANT LUDDITE FOOL [Victim 1] is *ANYTHING* but cute. DISGUSTING WHORE."

   k. On or about May 11, 2020, defendant TROW sent to Victim 1 and other Radio Station 1 email accounts an email with the subject line "DIRTY RUDE PIG BITCH HOST [Victim 1], HOW DARE YOU PREPARE LUNCH OR WHATEVER THE HELL YOU WERE DOING WHILE YOUR GUEST WAS SPEAKING!" that included the following in the body of the message: "How UNPROFESSIONAL, LACKING in curtesy, and INCONSIDERATE of listeners can a DUMB HAGGARD OLD WHORE GET?! She needs to be PULLED off the air finally."

COUNT TWO

[18 U.S.C. §§ 2261A(2)(A)-(B), 2261(b)(5)]

1. Beginning in or about December 2018 and continuing to in or about June 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant DUANE DAVID TROW ("TROW"), with the intent to harass and intimidate Victim 2, who was employed by "Media Company 1" as a correspondent based in its Los Angeles bureau who reported on current events during Media Company 1's nightly news program, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, cellular telephone networks, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that placed Victim 2 in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 2.

2. Defendant TROW's course of conduct included, among other things, the following:

    a. On or about December 14, 2018, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

> UNPROFESSIONAL UNQUALIFIED AFFIRMATIVE ACTION DUMB CHILD TALKING UGLY DIRT DONKEY FAGGOT REPORTER ONLY ON... [Media Company 1] Skews clown car.  YOU FREAKING IDIOTS!

    b. On or about May 15, 2019, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

5

> Take note of the competition.  Their donkeys speak English professionally with perfect diction unlike queer child speak boy on [Media Company 1] CLOWN CAR NEWS.  You're a DISGRACE to professional journalism!  Donkey Faggot, [Victim 2].

   c.   On or about September 3, 2019, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

> You know if [Victim 2] simply did his voice over more low key as he is on camera, this nightly embarrassment would not be the case!  He even seems to pronounce ok when on camera.  It's the gay child [voice over] delivery that is pathetic.

   d.   On or about March 9, 2020, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

> PATHETIC!  GET THAT UGLY DIRTY DUMB QUEER DONKEY FOOL OFF THE AIR!  GET HIS UNPROFESSIONAL RIDICULOUS FIVE YEAR OLD FAG SPEAK OFF OR THAT BRAND WILL SUFFER SEVERE BRAND DAMAGE FAR AND WIDE... HEADS NEED TO ROLL FINALLY YOU STUPID FREAKS.

   e.   On or about March 20, 2020, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

> EVEN NOW.  PATHETIC!  GET HIS UNPROFESSIONAL RIDICULOUS FIVE YEAR OLD FAG SPEAK OFF THE AIR OR THAT BRAND WILL SUFFER SEVERE DAMAGE FAR AND WIDE... HEADS NEED TO ROLL FINALLY YOU STUPID FREAKS.

   f.   On or about April 2, 2020, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:  "QUEER DONKEY BOY AFFIRMATIVE ACTION UNPROFESSIONAL REPORTER – [Media Company 1] SKEWS CLOWN CAR MONKEY OUTFIT."

g.  On or about May 8, 2020, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

> QUEER DONKEY BOY AFFIRMATIVE ACTION UNPROFESSIONAL CHILD FAG SPEAK REPORTER GETTING HECKLED ON LOCATION FROM NOW ON...  STUPID AS SHIT BLACK MASK ON EMPTY STREET FEAR MONGERING RATINGS WHORE [Media Company 1] SCUM!

h.  On or about June 2, 2020, defendant TROW sent to Victim 2 and other Media Company 1 email accounts an email that included the following in the body of the message:

> GONNA JOIN YOU ON THE STREET STUPID FLAMING FOREIGN DONKEY BOY.  TEACH YOU HOW TO SPEAK ENGLISH OR YOU GET FIRED.  Maybe in front of SM Pier?  Maybe on Hollywood Blvd?  Maybe Westwood at 405?  SEE YA AROUND...  QUEER DONKEY BOY AFFIRMATIVE ACTION UNPROFESSIONAL CHILD FAG SPEAK REPORTER GETTING HECKLED ON LOCATION FROM NOW ON...  STUPID AS SHIT BLACK MASK ON EMPTY STREET FEAR MONGERING RATINGS WHORE [Media Company 1] SCUM!

COUNT THREE

[18 U.S.C. § 1705]

On or about October 13, 2018, in Los Angeles County, within the Central District of California, defendant DUANE DAVID TROW willfully and maliciously injured, destroyed, and broke open a letter box and receptacle located at 3949 Los Feliz Boulevard, Los Angeles, California, which was intended and used for the receipt and delivery of mail matter on a mail route of the United States Postal Service.

COUNT FOUR

[18 U.S.C. § 1708]

On or about November 29, 2018, in Los Angeles County, within the Central District of California, defendant DUANE DAVID TROW ("TROW") unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely a letter addressed to P.I. in Los Angeles County, which defendant TROW knew had been stolen and taken.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes
Section

9